# UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OKLAHOMA

COURTNIE ARNOLD, individually and on behalf of all others similarly situated, and JAMELYNN HALLEY,

Plaintiffs, Case Number: 16-cv-328-GKF-TLW

vs.

GENGHIS GRILL, et al.,

Defendants.

## ADMINISTRATIVE CLOSING ORDER

By order of the court dated November 4, 2016 [Doc. #75], this court stayed proceedings pending completion of arbitration as directed in the court's order granting Motion to Compel Arbitration [Doc. #67].

**IT IS THEREFORE ORDERED** that the Court Clerk administratively terminate this action, without prejudice to the rights of the parties to reopen the proceedings for good cause shown for the entry of stipulation or order, or for any other purpose required to obtain a final determination of the litigation.

**FURTHER**, if, within 30 days of a final adjudication of the arbitration proceedings, the Parties have not reopened for the purpose of obtaining a final determination herein, this action shall be deemed dismissed with prejudice.

**IT IS SO ORDERED** this 1st day of March, 2017.

Gregory K. Frizzell, Chief Judge
United States District Court